# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : No. 651 MAL 2015 |
| Petitioners | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| v. | : |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : |
| Respondent | : |
| ACME MARKETS, INC., | : |
| Intervenor | : |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : No. 850 MAL 2015 |
| Petitioner | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| v. | : |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : |
| Respondent | : |
| WEIS MARKETS, INC., | : |
| Intervenor | : |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : No. 830 MAL 2015 |
| Petitioner | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |

v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

               Respondent

NICK, CFM, LLC,

               Intervenor

MECHANICSBURG DISTRIBUTING, INC.    No. 849 MAL 2015
AND 6485 CARLISLE PIKE
ASSOCIATES, L.P.,

                         Petition for Allowance of Appeal from
               Petitioners    the Order of the Commonwealth Court

v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

               Respondent

GIANT FOOD STORES, LLC,

               Intervenor

MALT BEVERAGE DISTRIBUTORS    No. 851 MAL 2015
ASSOCIATION,

               Petitioner    Petition for Allowance of Appeal from
                         the Order of the Commonwealth Court

v.

PENNSYLVANIA LIQUOR CONTROL
BOARD,

               Respondent

WEIS MARKETS, INC.,                        :
                                           :
                    Intervenor             :

MALT BEVERAGE DISTRIBUTORS                 :  No. 852 MAL 2015
ASSOCIATION AND DERR                       :
ENTERPRISES, INC.,                         :
                                           :
                                           :  Petition for Allowance of Appeal from
                    Petitioners            :  the Order of the Commonwealth Court
                                           :
                                           :
            v.                             :
                                           :
                                           :
PENNSYLVANIA LIQUOR CONTROL                :
BOARD,                                     :
                                           :
                    Respondent             :
                                           :
WEIS MARKETS, INC.,                        :
                                           :
                    Intervenor             :

DUFFER'S BEVERAGE, LLC,                    :  No. 853 MAL 2015
                                           :
                    Petitioner             :
                                           :  Petition for Allowance of Appeal from
                                           :  the Order of the Commonwealth Court
            v.                             :
                                           :
                                           :
PENNSYLVANIA LIQUOR CONTROL                :
BOARD,                                     :
                                           :
                    Respondent             :
                                           :
WEIS MARKETS, INC.,                        :
                                           :
                    Intervenor             :

MALT BEVERAGE DISTRIBUTORS                 :  No. 854 MAL 2015
ASSOCIATION,                               :
                                           :
                                           :
                    Petitioner             :  Petition for Allowance of Appeal from
                                           :  the Order of the Commonwealth Court
                                           :

v.                                               :

PENNSYLVANIA LIQUOR CONTROL              :
BOARD,
                                                 :
                    Respondent
                                                 :
WEIS MARKETS, INC.,
                                                 :
                    Intervenor

MALT BEVERAGE DISTRIBUTORS               :   No. 855 MAL 2015
ASSOCIATION,
                                                 :
                    Petitioner                   :   Petition for Allowance of Appeal from
                                                 :   the Order of the Commonwealth Court
                    v.
                                                 :
PENNSYLVANIA LIQUOR CONTROL              :
BOARD,
                                                 :
                    Respondent
                                                 :
GIANT EAGLE, INC.,
                                                 :
                    Intervenor
                                                 :

MALT BEVERAGE DISTRIBUTORS               :   No. 115 MAL 2016
ASSOCIATION AND STAR BEVERAGE,
INC.,                                            :
                                                 :
                                                 :   Petition for Allowance of Appeal from
                    Petitioners                  :   the Order of the Commonwealth Court
                                                 :
                    v.
                                                 :
                                                 :
PENNSYLVANIA LIQUOR CONTROL              :
BOARD,
                                                 :
                    Respondent
                                                 :
OHIO SPRINGS, INC.,
                                                 :
                    Intervenor                   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August  2016, the Petition for Allowance of Appeal is **DENIED**.